87   1825   Supreme Court   *Thomas Emerson vs Henry Sanderson*
Filed in Clerks office December 20th 1825

*Supreme Court*
  *Of the Term of September Eighteen Hundred & Twenty five*
*Wayne County*   ss.
  *Thomas Emerson* plaintiff in this suit complains of *Henry Sanderson* defendant in
this suit, in custody, &c.  For that whereas the said defendant *& Andrew G. Whitney*
on the *twenty sixth* day of *June* in the year one thousand eight hundred and *Twenty
three* at *Detroit, in the County aforesaid, & within the jurisdiction of this Court* made
*their* certain promissory note in writing *their* own proper hands being thereto sub-
scribed, bearing date the same day and year aforesaid, and then and there delivered
the said note to *the said plaintiff* and thereby for value received, promised *jointly &
severally* to pay the said *plaintiff* by the name and description of *Thomas Emerson,
or order, in one year from the date of the said note, at the Bank of Michigan, One Hun-
dred & Sixty five Dollars and 20/100 (twenty cents meaning)*   By reason whereof,
and by force of the statute in such case made and provided, the said defendant be-
came liable to pay the said plaintiff the sum of money mentioned in the said note,
according to the tenor and effect of the said note.
  And being so liable *he* the said defendant in consideration thereof afterwards, to
wit, on the day and year last aforesaid, at the place and in the county aforesaid,
undertook, and faithfully promised the said plaintiff to pay *him* the said sum of
money mentioned in said note according to the tenor and effect of said note.
  And whereas, also, the before named defendant on the *first* day of *December* in the
year of our Lord one thousand eight hundred and *Twenty four* at the *city* of *Detroit*
in the county aforesaid, *was* indebted to the said plaintiff in the sum of *one thousand
Dollars* dollars, money of account of the United States of America, as well for divers
goods, wares and merchandizes by the said plaintiff before that time sold and de-
livered to the said defendant and at *his* special instance and request, as for work and
labor, care and diligence of the said plaintiff by *him* before that time done, per-
formed and bestowed in and about the business of the said defendant and for the
said defendant at *his* like request; and for money by the said plaintiff before that
time paid, laid out and expended for the said defendant at *his* special instance and
request; and for other money by the said defendant before that time had and re-
ceived to and for the use of the said plaintiff; and for other money by the said
plaintiff before that time lent and advanced to the said defendant at *his* like re-
quest; and being so indebted, the said defendant in consideration thereof, after-
wards, to wit, on the same day and year aforesaid, at the town and in the county
aforesaid, undertook and then and there faithfully promised the said plaintiff to pay
*him* the said sum of money when *he* should be thereto afterwards requested. And
whereas, the said defendant afterwards, to wit, on the same day and year last afore-

said, at the town and in the county aforesaid, accounted together with the said plaintiff of and concerning divers other sums of money from the said defendant to the said plaintiff before that time due and owing, and then being in arrear and unpaid, and upon that account the said defendant *was* then and there found in arrear and indebted to the said plaintiff in other the sum of *one thousand Dollars* of like money as aforesaid; and being so found in arrear and indebted, *he* the said defendant in consideration thereof, afterwards, to wit, on the same day and year last aforesaid, at the town and in the county aforesaid, undertook and then and there faithfully promised the said plaintiff to pay *him* the last mentioned sum of money when he should be thereto afterwards requested: Yet the said defendant (although often requested, &c.) ha*s* not yet paid the said several sums of money, or any part thereof to the said plaintiff but to pay the same or any part thereof to the said plaintiff has hitherto wholly refused, and still refuse*s* to the damage of the said plaintiff of *one thousand Dollars* and therefore *he* brings suit, &c.

H. S. COLE *pff' att'*

*County of Wayne Ss*

*Thomas Emerson puts in his place Henry S. Cole his attorney against Henry Sanderson, in a plea of trespass on the case*

[Italics indicate words written by hand. The remainder of the paper is a printed form.]